UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SMITH and
LEO'S LOUNGE, INC.,
a Michigan corporation,

       Plaintiffs,

                                            Case No. 1:05-cv-64

v

                                            Hon. Wendell A. Miles

MICHIGAN STATE POLICE TROOPERS
DOUGLAS SUNDMACHER and
JEFFREY RUTHIG, and
PETOSKEY POLICE OFFICERS
LAWRENCE DONOVAN and
DAVID SCHULTZ,

       Defendants.
_____/

<u>JUDGMENT</u>

       In accordance with the court's Opinion and Order entered this same date,

       IT IS ORDERED AND ADJUDGED that plaintiffs shall take nothing on their claims

against defendants, and that this action is dismissed on the merits.

       Entered this 30th day of October, 2006.


                            <u>/s/ Wendell A. Miles</u>
                            Wendell A. Miles
                            Senior U.S. District Judge